**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Miguel ALMONTE, a.k.a. Braulio,
a.k.a. Raul, Defendant–Appellant.**

No. 13–12390
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 29, 2016.

Dashene Cooper, Assistant U.S. Attorney, Teresa Dennon Hoyt, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, Benjamin Hawk, Thomas E. Perez, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

John Lovell, John R. Lovell, Esq., PC, Newnan, GA, for Defendant–Appellant.

Jose Miguel Almonte, Miami, FL, pro se.

·Before TJOFLAT, MARCUS and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

John Lovell, appointed counsel for Jose Miguel Almonte in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Almonte's conviction and sentence is **AFFIRMED.**